■ In the Matter of ANTHONY COOPER, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [979 NYS2d 550]—

Determination confirmed. No opinion.

Rose, J.P., Stein, McCarthy and Garry, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.